AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

CV 14 80 242 MISC

FILED 2014 AUG 22 P 12:10

| | |
|---|---|
| Oracle America, Inc., et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV-10-1853 DOC (RNB) |
| Quin Rudin, et al | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/18/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 8-20-14

CLERK OF COURT

Lori Wagers
*Signature of Clerk or Deputy Clerk*

1225

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al., | CASE NO. SACV10-1853 DOC (RNB) |
| Plaintiffs, | Consolidated with: |
| v. | CASE NO. CV13-0119 DOC |
| QUIN RUDIN, et al., | **JUDGMENT IN FAVOR OF PLAINTIFF ORACLE AMERICA, INC. AND AGAINST DEFENDANT CLAUDE KRAMER III** |
| Defendants. | **[230]** |

1  WHEREAS, by order dated July 7, 2014 (Dkt. 229), the Court granted
2 plaintiff Oracle America, Inc.'s application for entry of default judgment against
3 defendant Claude Kramer III,

4  IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered
5 in favor of plaintiff Oracle America, Inc. and against defendant Claude Kramer III
6 in the amount of $2,725,514.55. Mr. Kramer and defendant Michael Mai (see Dkt.
7 209) are jointly and severally to Oracle America, Inc. for that amount under 18
8 U.S.C. § 1964(c).

DATED:  July 17, 2014

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

JUDGMENT